# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 9, 2018

## NO. 03-11-00669-CV

**Tom Bennett and James B. Bonham Corp., Appellants**

**v.**

**Larry Wayne Grant, Appellee**

## APPEAL FROM 33RD DISTRICT COURT OF SAN SABA COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
## JUSTICE PEMBERTON, NOT PARTICIPATING
## REFORMED AND, AS REFORMED, AFFIRMED -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on July 13, 2011. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment but that there was error requiring correction for which Larry Wayne Grant has filed a remittitur. Therefore, the Court reforms the trial court's judgment to award Larry Wayne Grant $32,109 in exemplary damages against James B. Bonham Corp. and $32,109 in exemplary damages against Tom Bennett. As reformed, we affirm the trial court's judgment on that claim and in all other respects. Each party shall bear his own court costs relating to this appeal, both in this Court and the court below.